COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| GERARDO ROBLES JR./REFUSE TO FAIL TRUCKING LLC, | § | No. 08-23-00076-CV |
|---|---|---|
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| MODESTO AVILA., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2022CCV00129) |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. Finding Appellant Gerardo Robles Jr./Refuse to Fail Trucking LLC has failed to file its appellant's brief, or a motion for extension of time to file such brief, we dismiss the appeal for want of prosecution.

On June 19, 2023, the Clerk of the Court notified Appellant that neither its brief nor a motion for extension of time had been filed. The letter advised Appellant that the Court intended to dismiss the appeal for want of prosecution unless Appellant responded, within ten days of the date of the notice, by showing grounds for continuing the appeal. *See* TEX. R. APP. P. 38.8(a)(1). Appellant has not filed an appellant's brief, a motion for extension of time, nor a response to the

Court's inquiry. Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).


GINA M. PALAFOX, Justice

June 30, 2022

Before Rodriguez, C.J., Palafox, and Soto, JJ.